# ZMO Law PLLC

May 2, 2023

**Via ECF and email**



Hon. Katherine Polk Failla
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    RE: *United States v. Christian Ohaeri*, 20 Cr. 463 (KPF)

Dear Judge Failla:

    This office represents Christian Ohaeri in the above-captioned matter. I write to request a modification of Mr. Ohaeri's conditions of release to permit him to travel by road from New Jersey to Maryland on May 20, 2023.

    Mr. Ohaeri plans to travel with a church group via a rented van from his home in New Jersey to a wedding in Maryland and return the same day, May 20. Further details have been provided to the government. I have communicated with AUSA Kyle Wirshba, who advises that the government consents to this request.

    Thank you for your attention to this case.

                                        Very truly yours,

                                        *Zachary Margulis-Ohnuma*

                                        Zachary Margulis-Ohnuma

CC: AUSA Kyle Wirshba

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 213.

Dated: May 2, 2023
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE