# ZMO Law PLLC

May 19, 2023

*Via ECF and email*

Hon. Katherine Polk Failla
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



RE: *United States v. Christian Ohaeri*, 20 Cr. 463 (KPF)

Dear Judge Failla:

This office represents Christian Ohaeri in the above-captioned matter. I write to request a modification of Mr. Ohaeri's conditions of release to permit him to travel to Glencoe, Minnesota from June 15, 2023, to June 29, 2023.

Mr. Ohaeri plans to travel with his wife to visit his mother-in-law in Glencoe, Minnesota during this time period. Mr. Ohaeri has not seen his mother-in-law since his father-in-law passed away in October 2021 and plans on celebrating her 86th birthday with his wife's family while in Minnesota. Travel details will be provided to Mr. Ohaeri's pretrial officer. I have communicated with AUSA Kyle Wirshba, who advises that the government consents to this request.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: AUSA Kyle Wirshba
    Pretrial Services Officer Evelyn Alvayero

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • Zach@zmolaw.com
www.zmolaw.com

Application GRANTED.  The Clerk of Court is directed to terminate the motion at docket entry 215.

Dated:    May 19, 2023
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE