

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 5, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007



      **Re:**    *United States v. Christian Ohaeri*, **S2 20 Cr. 463 (KPF)**

Dear Judge Failla:

      We write to respectfully request that the Court adjourn the August 7, 2024 control date in this case for approximately six months. Defense counsel consents to this request.

      On August 22, 2022, the defendant pleaded guilty pursuant to a cooperation agreement to the charges contained in the above-referenced Information. Shortly after that plea, the defendant testified against one of his co-conspirators, Purificacion Cristobal, in an August 2022 trial. Since that time, the defendant has also met with prosecutors in furtherance of an investigation into another medical professional who has not yet been charged. The defendant would be a witness against that other medical professional. The defendant's availability in that other investigation is needed for another six months.

      As a result, the Government respectfully requests that the Court schedule a sentencing control date approximately six months from now to allow for the defendant's continued cooperation. To the extent the parties believe an earlier sentencing date becomes appropriate, they will promptly notify the Court.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/
      Kyle A. Wirshba
      Assistant United States Attorney
      (212) 637-2493

cc:      Defense Counsel      (via ECF)

Application GRANTED.  Defendant's sentencing date is hereby ADJOURNED to **February 5, 2025,** at **3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 238.

Dated:     August 5, 2024          SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE