

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 4, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007



Re:   *United States v. Christian Ohaeri*, S2 20 Cr. 463 (KPF)

Dear Judge Failla:

We write to respectfully request that the Court adjourn the February 5, 2025 control date in this case for approximately three months. Defense counsel consents to this request.

On August 22, 2022, the defendant pleaded guilty pursuant to a cooperation agreement to the charges contained in the above-referenced Information. Shortly after that plea, the defendant testified against one of his co-conspirators, Purificacion Cristobal, in an August 2022 trial. Since that time, the defendant has also met with prosecutors in furtherance of an investigation into another medical professional who has not yet been charged. The defendant would be a witness against that other medical professional. The defendant's availability in that other investigation is needed for another three months.

As a result, the Government respectfully requests that the Court schedule a sentencing control date approximately three months from now to allow for the defendant's continued cooperation. To the extent the parties believe an earlier sentencing date becomes appropriate, they will promptly notify the Court.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By:  /s/
Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493

cc:   Defense Counsel   (via ECF)

Application GRANTED.  Defendant's sentencing date is hereby ADJOURNED to **May 7, 2025, at 3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 249.

Dated:     February 4, 2025          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE