UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHRISTIAN OHAERI,<br><br>                    Defendant. | 20 Cr. 463-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received and reviewed defense counsel's letter dated September 26, 2022, submitted under seal to chambers by email, regarding Defendant's eligibility for representation by Criminal Justice Act ("CJA") counsel, and the Government's response letter dated September 27, 2022, also submitted under seal to chambers by email.  The Court has reviewed the relevant provisions of this Court's Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act, and of Volume 7 of the Guide to Judiciary Policy.  After reviewing these materials, the Court concludes that Mr. Ohaeri may have been entitled at one point to CJA representation, but that his financial circumstances are such that he should reimburse the Court for a portion of the CJA funds that were expended on his behalf.  Having spoken with the CJA Case Budgeting Attorney for this Circuit about the specific billings attributable to this case, and having considered that information along with information about Mr. Ohaeri's financial circumstances, the Court concludes that Mr. Ohaeri should be required to reimburse the Court in the

amount of $15,000, reflecting a portion of the CJA funds expended on his behalf.

Mr. Ohaeri's criminal case in this District has now concluded, and judgment was entered on September 24, 2025. (Dkt. #274). Accordingly, the Court ORDERS that Mr. Ohaeri repay $15,000 in CJA funds expended in the cost of his representation pursuant to Volume 7, Section 230.40(c) of the Guide to Judiciary Policy. Payment shall be made on or before **October 31, 2025**, by check or money order to the Clerk of Court for deposit into the Treasury. The Clerk of Court is directed to credit these funds to the Defender Services appropriation.

The Court will continue to maintain both defense counsel's and the Government's letters under seal, viewable to the Court and the parties only.

SO ORDERED.

Dated:  September 26, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge