# ZMO Law PLLC

March 2, 2026

*Via ECF and email*

Hon. Katherine Polk Failla
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



RE: *United States v. Christian Ohaeri*, 20 Cr. 463 (KPF)

Dear Judge Failla:

This office represents Christian Ohaeri in the above-captioned matter. We write to request an order instructing pretrial services to release Mr. Ohaeri's passports (both Nigerian and American). The government does not object to this request.

On August 27, 2025, the Court sentenced Mr. Ohaeri to eight months incarceration. Mr. Ohaeri began his incarceratory sentence on December 5, 2025, and remains incarcerated at this time. However, pretrial services is still in possession of his passport and informed counsel they needed an order from the Court in order to release the passports.

Thank you for your attention to this case.

Very truly yours,

*Tess M. Cohen*

Tess M. Cohen

CC:  AUSA Jun Xiang, AUSA Kyle Wirshba
      Pretrial Services Officer Evelyn Alvayero

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • Zach@zmolaw.com
www.zmolaw.com

Application GRANTED.

The Pretrial Services Office is hereby directed to release Mr. Ohaeri's passports.

The Clerk of Court is directed to terminate the pending motion at docket entry 281.

Dated:     March 3, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE